No. 04–9073.  GAMEZ-REYES *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 04–9074.  FISHER *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 04–9076.  HERNANDEZ *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 04–9083.  CALLOWAY *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE.  C. A. 6th Cir. Certiorari denied.

No. 04–9088.  HOFF *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 04–9099.  OLIVER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–9108.  HARRIS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 04–9109.  FLINT *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–9111.  GRIGGS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 04–9115.  GONZALEZ *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 04–9126.  HAIRSTON *v.* UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT.  C. A. 4th Cir.  Certiorari denied.

No. 04–9127.  GADSEN *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 04–9137.  RAMSBURG *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 04–9140.  MARTINEZ-MATA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–9150.  FOXX *v.* MENDEZ, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.